IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3076 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT AIR PHOMPHAKDY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has orally moved to continue his plea hearing to afford the parties additional time to finalize plea negotiations. The government does not oppose the requested continuance. The court finds that the motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

Defendant's plea hearing, currently scheduled for June 30, 2006, is continued to August 1, 2006 at 11:30 a.m. The defendant is ordered to appear at said time.

This Court further finds that, based upon the parties' need for additional time to finalize plea negotiations, the ends of justice will be served by continuing defendant's plea hearing; and that continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and August 1, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 28th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge