IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3076 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT AIR PHOMPHAKDY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the defendant's request,

IT IS ORDERED that the defendant's entry of admission to petition (filing 41) is set on Thursday, June 11, 2009, at 11:30 a.m. before the undersigned United States district judge. The defendant shall be present for the hearing.

DATED this 1st day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge