IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3076 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT AIR PHOMPHAKDY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that this matter is continued until July 22, 2009, at 12:00 noon, before the undersigned United States district judge. At that time, the defendant will be required to admit or deny the allegations of the petition. If he admits the allegations, we will proceed to sentencing immediately. If he denies the allegations, we will proceed to trial immediately.

DATED this 11th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge