IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3076 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT PHOMPHAKDY, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's unopposed motion to continue hearing (filing 77) is granted.

(2)  The defendant's revocation hearing is rescheduled to Wednesday, March 14, 2012, at 12:00 noon, before the undersigned Senior United States District Judge, in a 5th Floor Courtroom, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated December 9, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge