IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3076 |
| V. | ) | |
| ROBERT AIR PHOMPHAKDY, | ) | ORDER |
| Defendant. | ) | |

Based upon the recommendation of the probation officer,

IT IS ORDERED that disposition of this case will be expedited and the hearing on disposition is set for Friday, February 10, 2012, at 11:00 a.m. The defendant is ordered to be present.

DATED this 2nd day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge