IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3076 |
| V. | ) | |
| ROBERT AIR PHOMPHAKDY, | ) | ORDER |
| Defendant. | ) | |

With the agreement of the probation officer and both lawyers,

IT IS ORDERED that amended petition (filing no. 84) is dismissed without prejudice and the hearing scheduled for July 3, 2012 is cancelled.

DATED this 28th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge